HATTIE SCHRAGE, Respondent, *v.* HARRY G. DORAN BUILD-
ING CORPORATION, Appellant.

Argued November 15, 1939; decided November 30, 1939.

*William A. McLaughlin* for appellant.

*Arthur Morris* and *Morris Okoshken* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.